IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-30260
Summary Calendar

_____

LEN EDWIN DAVIS,

Plaintiff-Appellant,

versus

CHARLES C. FOTI, JR., Sheriff;
BILLY SHORT, Warden,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 96-CV-2898-D
- - - - - - - - - -
October 22, 1998

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Len Edwin Davis, #00004, has filed an application for leave to proceed in forma pauperis (IFP) on appeal, following the district court's certification that an appeal would be frivolous. Davis has failed to challenge specifically the district court's finding that his appeal was not taken in good faith and was legally frivolous. Although this court liberally construes pro se briefs, see Haines v. Kerner, 404 U.S. 519, 520-21 (1972), the

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

court requires arguments to be briefed in order to be preserved.

Yohey v. Collins, 985 F.2d 222, 225 (5th Cir. 1993).  Thus, the only appealable issue -- the district court's certification of the appeal as frivolous -- has been abandoned.  See id.

Davis' request for IFP status is DENIED, and his appeal is DISMISSED as frivolous.  See 5TH CIR. R. 42.2; Baugh v. Taylor, 117 F.3d 197, 202 n.24 (5th Cir. 1997).

DENIED; APPEAL DISMISSED.